PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Bolender v. State, 658 So.2d 82 (Fla.1995); State v. Washington, 268 So.2d 901 (Fla.1972); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 *106 So.2d 321 (Fla. 2d DCA 2004); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
NORTHCUTT, LaROSE, and SLEET, JJ., Concur.